MARTHA G. McFETRIDGE, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 11209.   Promulgated December 22, 1927.

*D. D. Shepard, Esq.*, for the respondent.

OPINION.

LOVE: It is unnecessary to discuss the issues herein presented, as the identical issues were considered and decided by the Board in *Georgiana McFetridge*, 9 B. T. A. 759. Accordingly, the decision of the questions involved in this proceeding is governed by the Board's decision therein.

Reviewed by the Board.

*The deficiency for 1924 is $442.72. Judgment will be entered accordingly.*

*D. D. Shepard, Esq.*, for the respondent.